# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LATRICYA LONDON**                                           **PLAINTIFF**

v.                              No. 5:19-cv-300-DPM

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                            **DEFENDANT**

## ORDER

1. London has moved to reopen this case. The Court previously dismissed her premature complaint for lack of subject matter jurisdiction—the Commissioner hadn't made a final decision on London's social security claim. *Doc. 10, 13 & 14*. London says she now has a final decision and this case should be reopened. The government responds by saying that London can't move to reopen but must instead file a new case within sixty days of receiving notice of the final decision. *Doc. 19*; 42 U.S.C. § 405(g). We're now on top of London's deadline to file a new case, which is 29 March 2020. Although London didn't call her new papers a complaint, they contain enough information to constitute one. Her intention to appeal is clear and timely. In the circumstances, the Court will treat her motion to reopen and brief as a complaint.

2. The Court directs the Clerk to do the following things: open a new case; assign the new case to me and Magistrate Judge Kearney because it's related to this one; and file London's motion to proceed *in*

*forma pauperis*, Doc. 15, motion to reopen, Doc. 16, supporting brief, Doc. 18, and this Order in the new case.

3. London's motion to proceed *in forma pauperis*, Doc. 15, is granted. She can't afford the filing fee.

4. London must file an amended complaint in the new case by 1 May 2020.

5. London's motion to reopen, Doc. 16, is denied with alternative relief granted: creation of the new case.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2020