# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LATRICYA LONDON**                                                    **PLAINTIFF**

v.                          No. 4:20-cv-346-DPM

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                       **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 20*, adopted. Motion to reverse and remand, *Doc. 19*, granted. The Court reverses the Commissioner's decision and remands for further administrative proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2021