IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATRICYA LONDON**                                                             **PLAINTIFF**

v.                      No. 4:20-cv-346-DPM

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                          **DEFENDANT**

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative proceedings. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

11 August 2021